

craig cunningham <craig.cunningham1980@gmail.com>

Ex. A

# Membership Discontinuation and Credit Confirmation
1 message

**Customer Service** <customerservice@membersrvc.com>  Thu, Dec 21, 2017 at 11:15 PM
Reply-To: "customerservice@membersrvc.com" <customerservice@membersrvc.com>
To: Craig Cunningham <craig.cunningham1980@gmail.com>

Having trouble viewing this e-mail? Click here

Please confirm your continued interest in receiving e-mail from us.

CRAIG CUNNINGHAM

BUYERS EDGE

013453636

Per your inquiry to our Customer Service center, this communication serves as a Confirmation that your membership in BUYERS EDGE has been discontinued. A credit in the amount of $24.99 was issued to your account on 12/21/2017. Please keep in mind that it may take your bank up to 3-5 business days to post the credit(s) to your account. If viewing your Bank Statement online, the credit posting may not appear for up to 7 days.

If you do not see the credit to your account, please call us back at (866) 854-8768 or e-mail us customerservice@membersrvc.com so that we can check on the status on your behalf.

If you have any questions, need further assistance or would like to resume access to your valuable program benefits , please don't hesitate to contact us at (866) 854-8768 or customerservice@membersrvc.com. We are happy to help and hope to welcome you back sometime soon.

Sincerely,


Member Services

To stop receiving emails from this source or to report this email as possible spam, please Click here.

You may unsubscribe if you no longer wish to receive our e-mails.

Privacy Policy

This e-mail was sent to craig.cunningham1980@gmail.com by customerservice@membersrvc.com.