

craig cunningham <craig.cunningham1980@gmail.com>

# Membership Discontinuation Confirmation
1 message

**Customer Service** <customerservice@membersrvc.com>     Thu, Dec 21, 2017 at 11:15 PM
Reply-To: "customerservice@membersrvc.com" <customerservice@membersrvc.com>
To: Craig Cunningham <craig.cunningham1980@gmail.com>

Having trouble viewing this e-mail? Click here

Please confirm your continued interest in receiving e-mail from us.

CRAIG CUNNINGHAM

TRAVEL ENTERTAINMENT

2900328504

Per your inquiry to our Customer Service center, this communication serves as a Confirmation that your membership in TRAVEL ENTERTAINMENT has been discontinued. You will receive no further billings.

If you have any questions, need further assistance or would like to resume access to your valuable program benefits , please don't hesitate to contact us at (888) 859-2051 or customerservice@membersrvc.com. We are happy to help and are available 7 am to 10 pm CST.

We appreciate your past loyalty and hope to welcome you back sometime soon.

Sincerely,


Member Services

To stop receiving emails from this source or to report this email as possible spam, please Click here.

You may unsubscribe if you no longer wish to receive our e-mails.

Privacy Policy

This e-mail was sent to craig.cunningham1980@gmail.com by customerservice@membersrvc.com.