# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § § § | |
| v. | § § | Civil Action No. 4:17-CV-00894 |
| | § | (Judge Mazzant/Judge Nowak) |
| SEVEN90, LLC, JOSHUA ASKEROTH, SLIM GENIE, LLC, SHAWN MILNER, HERBAL GROUPS, INC., PATT GALVIN, SCOTT MUSTIN, PROFESSIONAL EDUCATION INSTITUTE, INC., NEXUS MARKETING, LLC, ISAAC ASKEROTH, UNITED MARKETING GROUP, LLC, EES GLOBAL, LLC, JOHN/JANE DOES 1-5 | § § § § § § § § § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham's ("Plaintiff") Motion to Dismiss ("Motion") (Dkt. #34) filed in this cause by Plaintiff. Therein, Plaintiff avers that he has resolved his claims against Defendants Joshua Askeroth, Seven 90, LLC, Slim Genie, LLC, Shawn Milner, Herbal Groups, Inc., Patt Galvin, Scott Mustin, Nexus Marketing, LLC, Isaac Askeroth, United Marketing Group, LLC, and EES Global, LLC and wishes to dismiss his claims against these Defendants with prejudice. Plaintiff maintains that he does not wish to dismiss his claims against Defendant Professional Education Institute, Inc. After considering the Motion (Dkt. #34), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Joshua Askeroth, Seven 90, LLC, Slim Genie, LLC, Shawn Milner, Herbal Groups, Inc., Patt Galvin, Scott Mustin, Nexus Marketing, LLC, Isaac Askeroth, United Marketing Group, LLC, and EES Global, LLC are hereby dismissed with prejudice.

**SIGNED this 20th day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE