**In the United States District Court
Eastern District of Texas
Sherman Division**

| | |
|---|---|
| **Craig Cunningham,** § | |
| § | |
| plaintiff, § | |
| § | |
| v. § | case no. 4:17-cv-00894 |
| § | |
| **Professional Education Institute,** § | |
| **Inc., Amazology, LLC, Mike** § | |
| **Novielli, American Marketing** § | |
| **Systems, Inc., Professional** § | |
| **Education Institute, Inc., Michael** § | |
| **Hussey, ID Security, Inc. and** § | |
| **Tom Muscato**, § | |
| § | |
| defendants. § | |

**Joint Stipulation of Dismissal of Remaining Claims and Parties**

Craig Cunningham (**"Plaintiff"**) and Professional Education Institute, Inc., American Marketing Systems, Inc., Michael Hussey, ID Security, Inc. and Tom Moscato (collectively, **"Defendants"**) file this joint stipulation of dismissal of remaining claims and parties.

I. **Brief Procedural History**

Plaintiff originally filed this lawsuit against many parties, some of which have settled and been dismissed, and some were dismissed by way an order on their respective motions to dismiss.

Plaintiff has now settled the remaining claims with the remaining parties and now agrees to the dismissal of all remaining claims and parties.

II. **Joint Stipulation of Dismissal**

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a party may dismiss any portion of his action with the consent of all other parties by way of written stipulation.

Here, all parties have agreed to the dismissal of all remaining claims and parties to this case. Counsel for all parties have signed this stipulation consenting to such dismissal.

To be clear, Plaintiff agrees and stipulates to the dismissal of all claims, with prejudice, that it has asserted in this matter.

Respectfully submitted,

by: __/s/ *Michael Hassett*__
    Michael Hassett
    Texas Bar No. 00796722

JONES HASSETT, PC
440 North Center
Arlington, Texas 76011
(817) 265-0440
(817) 265-0440 (fax)
mhassett@tarrantbusinesslaw.com

ATTORNEYS FOR DEFENDANTS


by: __/s/ *Craig Cunningham*__
    Plaintiff pro se

Certificate of Service

The undersigned certifies that on June 11, 2019, I caused this notice to be served by both e-mail and regular United States mail on:

Mr. Craig Cunningham
3000 Custer Road, suite 270-206
Plano, Texas 75075

__/s/ *Michael Hassett*__