# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:17-CV-00894 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| PROFESSIONAL EDUCATION § | |
| INSTITUTE, INC., ET AL. § | |

## ORDER OF DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham ("Plaintiff") and Defendants Professional Education Institute, Inc., American Marketing Systems, Inc., Michael Hussey, ID Security, Inc., and Tom Moscato's (collectively, "Defendants") "Joint Stipulation of Dismissal of Remaining Claims and Parties" ("Stipulation") (Dkt. #86). After considering the Stipulation, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's remaining claims against all remaining Defendants are hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED this 19th day of June, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE